# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 30, 2013

No. 13-50329
Summary Calendar

Lyle W. Cayce
Clerk

BOLANOS MUNOS-RODRIGO,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; BUREAU OF PRISONS; UNITED STATES ATTORNEY GENERAL; GEO GROUP; WARDEN, REEVES COUNTY DETENTION CENTER III,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:12-CV-114

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Bolanos Munos-Rodrigo, federal prisoner # 29561-018, an illegal alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from the custody of the Bureau of Prisons ("BOP"), moves to proceed *in forma pauperis* ("IFP") to appeal the denial of his 28 U.S.C. § 2241 petition

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. His arguments are foreclosed by *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192–93 (5th Cir.), *cert. denied*, 133 S. Ct. 561 (2012).

Accordingly, the motion to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.